**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph A. Ruelas; Angelica D. Ruelas fka Angelica D. Nehrling,<br><br>Plaintiffs,<br><br>vs.<br><br>Sun American Mortgage Company, et al.,<br><br>Defendants. | No. CV-12-01160-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendant Sun American Mortgage Company's Application for Attorneys' Fees. (Doc. 29.) Plaintiffs were ordered to file a response and any supporting documentation by November 16, 2012, but no response has been filed. (Doc. 32.) The Court has considered the Motion, the supporting documentation, and the relevant factors A.R.S. § 12-341.01(A). Those factors favor an award of fees. In the Court's discretion, fees will be awarded as requested.

IT IS THEREFORE ORDERED that Defendant Sun American Mortgage Company's Application for Attorneys' Fees (Doc. 29) is granted in the amount of $6,818.82.

IT IS FURTHER ORDERED that the Clerk enter judgment in favor of Defendant Sun American Mortgage Company against Plaintiffs Ralph A. Ruelas and Angelica D.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ruelas fka Angelica D. Nehrling, jointly and severally, in the amount of $6,818.82, plus interest at the federal judgment interest rate from the date of judgment until paid.

Dated this 26th day of November, 2012.

_____
Neil V. Wake
United States District Judge

- 2 -